IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOUISIANA PACIFIC CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> THE TEAFORD CO., INC. and CPM ) <br> CONSULTANTS, INC., ) <br> ) <br> Defendants. ) | Case No. 3:11-cv-00317 <br> Judge Brown <br> **Jury Demand** |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant The Teaford Co.'s Motion for Summary Judgment (Docket Entry 36) is **GRANTED in part** and **DENIED in part**. The Limitation of Liability applies to Plaintiff's claims, and damages are contractually limited to $2,339,050.00, or twenty-five percent (25%) of the Contract price.

It is so **ORDERED**.

ENTERED this 2nd day of August, 2012.

/S/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge

1