UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LOUISIANA PACIFIC CORPORATION, )
      )
    Plaintiff, )
      )
    v. ) NO. 3:11-0317
      ) Magistrate Judge Brown
THE TEAFORD COMPANY, INC., ) **Jury Demand**
et al., )
    Defendants. )

## O R D E R

The new defendant Holman and Company has now appeared in this matter and filed a "Motion to Dismiss." The Magistrate Judge has this case on the consent of the original parties. Holman and Company is directed to file with the Clerk a notice of consent to proceed before the Magistrate Judge within 21 days of the entry of this order if they wish to consent. The Clerk will send with this order a copy of the consent form.

In the event the consent form is not returned, the Magistrate Judge will return this file to the District Judge who will thereafter make the final decision on any dispositive motion and set the matter for trial.

A case management conference is set by telephone in this matter for September 9, 2013 at 10:00 AM. The parties shall call the Magistrate Judge's conference line(615)695-2851).

It is so **ORDERED**.

                                  s/ Joe B. Brown
                                  JOE B. BROWN
                                  United States Magistrate Judge