```
                 UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION

LOUISIANA PACIFIC CORPORATION,  )
                                )
        Plaintiff,              )
                                )
            v.                  )    NO.  3:11-cv-0317
                                )    JURY DEMAND
THE TEAFORD CO., INC.           )    Magistrate Judge Brown
                                )
        Defendant.              )
```

## O R D E R

Pursuant to the parties' Stipulation of Dismissal filed July 18, 2014, (Docket Entry 97) this case is hereby dismissed with prejudice and the Clerk is directed to close the file.

It is so **ORDERED**.

```
                          /s/ Joe B. Brown
                          JOE B. BROWN
                          United States Magistrate Judge
```